# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK



FILED
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ OCT 25 2017 ★
LONG ISLAND OFFICE

1. Title of Case: United States v. Christopher McPartland/Thomas Spota

   CR-17 0587

2. Related Magistrate Docket Number(s):   N/A

3. Arrest Date:  10/25/2017

   AZRACK, J.

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

   SHIELDS, M.J.

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): CR-15-627 (LDW)

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: Suffolk
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐Yes ☒ No

9. Has this indictment/information been ordered sealed?   ☐Yes ☒ No

10. Have arrest warrants been ordered?   ☒ Yes ☐No

11. Is there a capital count included in the indictment?   ☐Yes ☒ No

BRIDGET M. ROHDE
Acting United States Attorney

By: _____
Lara Treinis Gatz
Assistant U.S. Attorney
(631) 715-7913

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12