# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

By ECF

September 24, 2018

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Re: U.S. v. Christopher McPartland and Thomas J. Spota
17-cr-0587 (JMA)

Dear Judge Azrack:

I represent the defendant Thomas J. Spota in the above-referenced matter.

With the government's consent, I write, on behalf of Mr. Spota and his co-defendant Christopher McPartland, to jointly request an additional week (from October 1 to October 8) by which to file pre-trial motions, with an additional week (from October 29 to November 5) for the government's response and an additional week (from November 12 to November 19) for the defendants' reply papers.

No prior request for this relief has been made, and no other scheduled deadline or court appearance should be affected by the granting of this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

Alan Vinegrad

cc (by ECF): all counsel of record

NY: 1141126-1