

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD:JLG
F. #2015R01885

*610 Federal Plaza*
*Central Islip, New York 11722*

March 7, 2019

<u>By ECF</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re: United States v. Christopher McPartland and Thomas J. Spota
      <u>Criminal Docket No. 17-587 (JMA)</u>

Dear Judge Azrack:

    We write on behalf of the government in the above captioned matter, to respectfully request a brief adjournment of the date by which the government is due to provide notice to the defense concerning other acts evidence it intends to offer at trial, pursuant to Rule 404(b), Fed. R. Evid.

    As the Court is aware, the government was due to disclose such evidence to the defense on February 28, 2019. The government respectfully requests an adjournment of approximately eleven days, such that its Rule 404(b) disclosures will be due on or before March 11, 2019. We have conferred with counsel for both of the defendants, who advised that they have no objection to this request, which is the government's first request for an adjournment for these disclosures. Furthermore, at the request of defense counsel, the

government will make its Rule 404(b) disclosures directly to counsel, and will not file these on the public docket, in the first instance, subject to this Court's approval.

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

By:    /s/_____
           John J. Durham
           Lara Treinis Gatz
           Justina L. Geraci
           Assistant U.S. Attorneys
           (631) 715-7851/-7913/-7835

cc:      All Counsel of Record (By Email)