

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JJD:JLG | *610 Federal Plaza* |
| F. #2015R01885 | *Central Islip, New York 11722* |

March 20, 2019

By Federal Express and ECF

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

      Re:    United States v. Christopher McPartland and Thomas J. Spota
                Criminal Docket No. 17-587 (JMA)

Dear Counsel:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

      The enclosed hard-drive is being produced pursuant to the terms of the parties' March 19, 2019 Stipulation and Order (the "Protective Order"). The materials contained herein have been stamped with control numbers SCDA 000000001 through SCDA 000516527, and consist of the electronically-saved files, e-mails, and calendars maintained by the Suffolk County Department of Information Technology for the time period between and including December 14, 2012 and December 31, 2017, relating to the following individuals: Thomas Spota, Christopher McPartland, ███████, ███████, ███████, James Burke, ███████ ███████ and ███████.[1]

---

[1]    Any materials that may be subject to the attorney-client privilege with respect to any of the listed individuals have been segregated, for further review by a taint team. If

These materials are being provided to you via a third party data hosting and processing company. Additional materials will be provided on a rolling basis, as they become available.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
John J. Durham
Lara Treinis Gatz
Justina L. Geraci
Assistant U.S. Attorneys
(631) 715-7851/-7913/-7835

Enclosure.

cc:     Clerk of the Court (JMA) (by ECF) (*redacted*) (without enclosure)

---

and when such materials are deemed non-privileged, they will be produced on a rolling basis as that determination is made.