U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD:LTG/JLG
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

March 28, 2019

By Federal Express and ECF

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Re: United States v. Christopher McPartland and Thomas J. Spota
     Criminal Docket No. 17-587 (JMA)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

An enclosed disc, stamped with control number 16, contains the following:

- Additional telephone records, stamped PH068865 through PH080392 (including native files, which are not stamped);
- E-mails and the personal and professional calendars of ▇▇▇▇▇ stamped ▇▇ 000001 through ▇▇ 000153, which are being produced pursuant to the terms of the parties' March 27, 2019 Stipulation and Order (the "General Protective Order");
- The Suffolk County Police Department ("SCPD") Internal Affairs Bureau ("IAB") file of ▇▇▇▇▇ stamped ▇▇ 000146 through ▇▇ 002141, which are being produced pursuant to the General Protective Order;

- Documents obtained from the Suffolk County District Attorney's Office ("SCDAO") pertaining to the matter of the People vs. ███████ ██████████████████████████████████ ██████████████████████████ stamped ███ 000001 through ███ 000661. These materials are being produced pursuant to the terms of the parties' March 19, 2019 Stipulation and Order (the "SCDAO Protective Order"), and pursuant to a March 22, 2019 share order with the SCDAO. Additional materials from the ████████████ are expected.
- Additional documents obtained from the SCDAO, which have been stamped 003286 through 003331, and which are being produced pursuant to the SCDAO Protective Order.

Additionally, enclosed are twenty-six (26) discs, each individually stamped ████ 002142 through ████ 002167, which constitute recordings from ████ IAB hearings. As noted above with respect to the ████ IAB file, these materials are being produced pursuant to the General Protective Order.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
John J. Durham
Lara Treinis Gatz
Justina L. Geraci
Assistant U.S. Attorneys
(631) 715-7851/-7913/-7835

Enclosures.

cc: Clerk of the Court (JMA) (by ECF) (*redacted*) (without enclosures)