

JJD:LTG/JLG                                    *610 Federal Plaza*
F. #2018R00279                                 *Central Islip, New York 11722*


April 1, 2019


<u>By Federal Express and ECF</u>

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405


     Re: United States v. Christopher McPartland and Thomas J. Spota
       <u>Criminal Docket No. 17-587 (JMA)</u>

Dear Counsel:

    Enclosed please find the government's supplemental discovery in accordance
with Rule 16 of the Federal Rules of Criminal Procedure.

    The enclosed disc is being produced pursuant to the terms of the parties'
March 19, 2019 Stipulation and Order (the "Protective Order"). The materials contained
herein have been stamped with control numbers SCDA 000516528 through SCDA
000578064, and constitute the government's further production of the electronically-saved
files, e-mails, and calendars maintained by the Suffolk County Department of Information
Technology for the time period between and including December 14, 2012 and December
31, 2017, relating to the following individuals: Thomas Spota, Christopher McPartland,

███████████████████████████ James Burke, ███████████████
████████████████████████ .[1]

These materials are being provided to you via a third party data hosting and processing company. Additional materials will be provided on a rolling basis, as they become available.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _/s/_____
John J. Durham
Lara Treinis Gatz
Justina L. Geraci
Assistant U.S. Attorneys
(631) 715-7851/-7913/-7835

Enclosure.

cc: Clerk of the Court (JMA) (by ECF) (*redacted*) (without enclosure)

---

[1] Any materials that may be subject to the attorney-client privilege with respect to any of the listed individuals have been segregated, for further review by a taint team. If and when such materials are deemed non-privileged, they will be produced on a rolling basis as that determination is made.