

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD:LTG/JLG
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

April 16, 2019

By Federal Express and ECF

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Re: United States v. Christopher McPartland and Thomas J. Spota
Criminal Docket No. 17-587 (JMA)

Dear Counsel:

Enclosed please find two discs, stamped with control numbers 17 and 18, which contain documents and materials obtained from the Suffolk County District Attorney's Office ("SCDAO") pertaining to the interception of [redacted] cellular telephone, [redacted] Such materials include the recordings and "linesheets" from the wiretap interceptions (collectively stamped [redacted]–000001, and contained on disc 17) as well as court orders authorizing, and extending, the interceptions, and the supporting affidavits (stamped [redacted] 000002 through [redacted]–000396, contained on disc 18).

These materials are being produced pursuant to the terms of the parties' March 19, 2019 Stipulation and Order (the "SCDAO Protective Order"), and pursuant to a March 22, 2019 share order with the SCDAO.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
John J. Durham
Lara Treinis Gatz
Justina L. Geraci
Assistant U.S. Attorneys
(631) 715-7851/-7913/-7835

Enclosures.

cc: Clerk of the Court (JMA) (by ECF) (*redacted*) (without enclosures)