

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JJD:LTG/JLG
F. #2018R00279

*610 Federal Plaza
Central Islip, New York 11722*

April 19, 2019

By Federal Express and ECF

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Re: United States v. Christopher McPartland and Thomas J. Spota
Criminal Docket No. 17-587 (JMA)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

The enclosed disc, stamped with control number 19, contains documents and materials obtained from Special District Attorney Martin Lorenzotti, Esq. and the Suffolk County District Attorney's Office ("SCDAO") pertaining to the matter of the People vs. Christopher Loeb and Gabriel Miguelez – Nos. 3122-2012, 3122A-2012, 3122B-2012, and 0234B-2012 (collectively, the "Loeb Matter"), stamped Loeb 000001 through Loeb 00016182. These materials are being produced pursuant to the terms of the parties' March 19, 2019 Stipulation and Order (the "SCDAO Protective Order"), and pursuant to a March 22, 2019 share order with the SCDAO.

Please note, certain of the enclosed materials may be duplicative of documents and materials previously produced to you in discovery in this matter. However, the materials

are being produced today in an abundance of caution, given the government's recent unsealing and securing of the entirety of the Loeb Matter files.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
     John J. Durham
     Lara Treinis Gatz
     Justina L. Geraci
     Assistant U.S. Attorneys
     (631) 715-7851/-7913/-7835

Enclosure.

cc:     Clerk of the Court (JMA) (by ECF) (*redacted*) (without enclosures)