

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD:LTG/JLG
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

May 20, 2019

<u>By Federal Express and ECF</u>

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

    Re: United States v. Christopher McPartland and Thomas J. Spota
       <u>Criminal Docket No. 17-587 (JMA)</u>

Dear Counsel:

  Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

  The enclosed disc, stamped with control number 20, contains additional documents and materials obtained from Special District Attorney Martin Lorenzotti, Esq. and the Suffolk County District Attorney's Office ("SCDAO") pertaining to the matter of the <u>People vs. Christopher Loeb and Gabriel Miguelez</u> – Nos. 3122-2012, 3122A-2012, 3122B-2012, and 0234B-2012 (collectively, the "Loeb Matter"), stamped Loeb 00013500 through Loeb 00014025, and Loeb 00016198[1] through Loeb 00019544. These materials are being produced pursuant to the terms of the parties' March 19, 2019 Stipulation and Order (the

---

[1] There was a typo contained in the government's previous discovery transmittal letter dated April 19, 2019, in that the end bates number for the materials in that production was, in fact, Loeb 00016197 (and not Loeb 00016182, as mistakenly stated in that letter).

"SCDAO Protective Order"), and pursuant to a March 22, 2019 share order with the SCDAO.

        Please note, certain of the enclosed materials may be duplicative of documents and materials previously produced to you in discovery in this matter. However, the materials are being produced today in an abundance of caution, given the government's recent unsealing and securing of the entirety of the Loeb Matter files.

                              Very truly yours,

                              RICHARD P. DONOGHUE
                              United States Attorney

        By:    /s/_____
                      John J. Durham
                      Lara Treinis Gatz
                      Justina L. Geraci
                      Assistant U.S. Attorneys
                      (631) 715-7851/-7913/-7835

Enclosure.

cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)