BEFORE:  JOAN M. AZRACK                                     DATE: 6/27/2019
UNITED STATES DISTRICT JUDGE                          TIME: 12:00 PM (20 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 17-CR-587 (JMA)**

**FILED
CLERK**

**DEFENDANT: Christopher McPartland**                          **DEF. #: 1**
☐ Present     ☐ Not present     ☐ Custody     ☒ Bail

6/27/2019 2:40 pm

**DEFENSE COUNSEL: Larry Krantz**
☐ Federal Defender     ☒ CJA     ☐ Retained

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Thomas Spota**                                   **DEF. #: 2**
☐ Present     ☐ Not present     ☐ Custody     ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju**
☐ Federal Defender     ☐ CJA     ☒ Retained

**AUSA: Lara Gatz, Justina Geraci**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Owen Wicker          COURTROOM DEPUTY: LMP

☒ Case Called.          ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐ Waiver of speedy trial executed; time excluded from through .
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for  .
☐ Bail hearing held.  Disposition:
☒ Oral argument scheduled for 9/11/2019 at 11:00 AM.

Defendant     ☐ Released on Bond     ☐ Remains in Custody.

OTHER:  Counsel to submit proposed questionnaires by 9/4/2019.  The jury panel will be called in on November 5, 2019 to fill out questionnaires.  Jury selection scheduled for 11/12/2019.  Trial will commence immediately following jury selection.