

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD:LTG/JLG
F. #2018R00279

*610 Federal Plaza*
*Central Islip, New York 11722*

August 26, 2019

<u>By Federal Express and ECF</u>

Larry H. Krantz, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

Alan M. Vinegrad, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

   Re: United States v. Christopher McPartland and Thomas J. Spota
      <u>Criminal Docket No. 17-587 (JMA)</u>

Dear Counsel:

  Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

  The enclosed disc is being produced pursuant to the terms of the parties' March 19, 2019 Stipulation and Order (the "Protective Order"). The materials contained herein have been stamped with control numbers SCDA 000626313 through SCDA 000632374, and constitute the government's further production of the electronically-saved files, e-mails, and calendars maintained by the Suffolk County Department of Information Technology for the time period between and including December 14, 2012 and December 31, 2017, for the following nine custodians: Thomas Spota, Christopher McPartland, ██████████████████████████████ James Burke, ████████████████████████
████████████████████████████████.

  In particular, this production contains materials that were initially flagged and withheld as being potentially subject to the attorney-client privilege, but which have since

been reviewed and ultimately deemed non-privileged by a taint team. Any additional materials of this kind, that are reclassified as non-privileged, will continue to be produced on a rolling basis as that determination is made.

   As before, these materials are being provided to you via a third party data hosting and processing company.

Very truly yours,

RICHARD P. DONOGHUE<br>
United States Attorney

By:  /s/_____
    John J. Durham
    Lara Treinis Gatz
    Justina L. Geraci
    Assistant U.S. Attorneys
    (631) 715-7851/-7913/-7835

Enclosure.

cc:  Clerk of the Court (JMA) (by ECF) (*redacted*) (without enclosure)