

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD:LTG/JLG  
F. #2018R00279

*610 Federal Plaza*  
*Central Islip, New York 11722*

August 26, 2019

<u>By Federal Express and ECF</u>

Larry H. Krantz, Esq.  
Krantz & Berman LLP  
747 Third Avenue, 32nd Floor  
New York, NY 10017

Alan M. Vinegrad, Esq.  
Covington & Burling LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY 10018-1405

Re: United States v. Christopher McPartland and Thomas J. Spota  
<u>Criminal Docket No. 17-587 (JMA)</u>

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

The enclosed hard-drive is being produced pursuant to the terms of the parties' March 19, 2019 Stipulation and Order (the "Protective Order"). The materials contained herein were provided to the government by the Suffolk County District Attorney's Office ("SCDAO"), and were purported to be the imaged hard-dives of the computers used by Thomas Spota, Christopher McPartland, and ███████████ during their tenure at the SCDAO.[1] The materials have been stamped with control numbers SCDA_HD 000000001 through SCDA_HD 000195934.

---

[1] Any materials that may be subject to the attorney-client privilege with respect to any of these individuals have been segregated, for further review by a taint team. If and

   These materials are being provided to you directly via a third party data hosting and processing company.  Additional materials – in particular, those materials that are subsequently deemed not privileged – will be provided on a rolling basis, as they become available.

               Very truly yours,

               RICHARD P. DONOGHUE
               United States Attorney

        By:  /s/_____
             John J. Durham
             Lara Treinis Gatz
             Justina L. Geraci
             Assistant U.S. Attorneys
             (631) 715-7851/-7913/-7835

Enclosure.

cc:  Clerk of the Court (JMA) (by ECF) (*redacted*) (without enclosure)

---

when such materials are deemed non-privileged, they will be produced on a rolling basis as that determination is made.