**JUROR QUESTIONNAIRE**

1.  Name: _____

2.  Age: _____

3.  Gender: _____

4.  The trial of this case may last three to four weeks.  The jury will generally sit
    Mondays through Thursday from approximately 9:30 a.m. to 5:00 p.m.  The trial will
    begin on November 12, 2019 and end by December 6, 2019.  All jury service
    involves some degree of hardship.  Would service as a juror in this case be a serious
    hardship for you?

    Yes            No

    If yes, please explain: _____

    _____

    _____

5.  Do you have any pre-paid travel plans during the period from November 11, 2019
    through December 6, 2019?

    If yes, please explain (and if possible, specify exact dates):

    _____

    _____

    _____

6.  Do you have any personal commitments that would make it difficult for you to get to
    court by 9:15 a.m., every day of trial?

    Yes            No

    If yes, please explain why you would be unable to get to court by 9:15 a.m.

    _____

    _____

    _____

7.      Do you have any difficulty with your eyesight or hearing or any medical condition
        that would make it difficult for you to serve on a jury?

            Yes            No

        If yes, please explain: _____

        _____

        _____

8.      Do you have any difficulty with reading or understanding the English language?

            Yes            No

9.      Please list any newspapers, magazines, TV or radio shows, or Internet or social media
        websites that you read, watch, or listen to on a regular basis:

        _____

        _____

        _____

10.     Please list any groups, clubs, and/or organizations to which you belong, including
        professional, religious, political, or hobby-related organizations:

        _____

        _____

        _____

11.     Do you or does any member of your family or a close friend personally know any of
        the following individuals?

        a.      The defendants in this case, Christopher McPartland or Thomas Spota – or any
                of their family members?

                    Yes            No

        b.      Any of the Assistant United States Attorneys who are prosecuting this case
                and members of their staff?

                Assistant U.S. Attorney Lara Treinis Gatz            Yes            No

| | | |
|---|---|---|
| Assistant U.S. Attorney John J. Durham | Yes | No |
| Assistant U.S. Attorney Justina L. Geraci | Yes | No |
| Assistant U.S. Attorney Michael Maffei | Yes | No |
| Investigator William Hessle | Yes | No |
| Paralegal Shernita Moore-Glasgow | Yes | No |
| Legal Assistant Kerryanne Ucci | Yes | No |
| Legal Assistant Sara Celikoyar | Yes | No |

c.  Any of the federal agents on this case?

| | | |
|---|---|---|
| FBI Special Agent Michael Weniger | Yes | No |
| FBI Special Agent Colleen Sheehan | Yes | No |

d.  The U.S. Attorney for the Eastern District of New York, Richard P. Donoghue, or anyone else who currently or formerly worked for the U.S. Attorney's Office or was the United States Attorney?

   Yes            No

If yes, please explain: _____

_____

_____

e.  Any of the defense attorneys on this case?

Christopher McPartland's Attorneys:

| | | |
|---|---|---|
| Larry Krantz, Esq. | Yes | No |
| Lisa Cahill, Esq. | Yes | No |
| Brad Gershel, Esq. | Yes | No |

Thomas Spota's Attorneys:

| | | |
|---|---|---|
| Alan Vinegrad, Esq. | Yes | No |
| Erin Monju, Esq. | Yes | No |

3

Sarah LeMaster, Esq.                                    Yes          No

    f.    The judge who is presiding over this case, Joan M. Azrack, or any member of her staff?

        Yes          No

If yes, please explain: _____

_____

12.    Do you know or have any connection with any of the individuals or entities listed below?

| | | |
|---|---|---|
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |

4

| | Yes | No |
|---|---|---|
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |
| | Yes | No |

If yes, please explain: _____

_____

13.    Before today, have you read, seen or heard anything about criminal charges being brought against the defendants?

       Yes           No

If yes, what do you recall?_____

_____

_____

If yes, from whom did you hear about the case (for example: a friend; the newspaper; the radio)?

_____

_____

14.    Based on anything that you have read, seen or heard about this case, have you formed any opinion about the defendants that might affect your ability to be a fair and impartial juror in this case?

       Yes           No

       Not applicable; I have heard nothing about this case.

If yes, please explain:

_____

_____

_____

15.    Based on anything you have read, seen or heard about this case, would you be able to follow the Court's instruction to put that information out of your mind and decide this case based only on the evidence presented at trial?

       Yes           No

       Not applicable; I have heard nothing about this case.

If no, please explain: _____

_____

_____

16.     Is there anything about the nature of this case, including the identity of the defendants or the fact that the case involves accusations of obstruction of justice that might affect your ability to be a fair and impartial juror in this case?

         Yes             No

         If yes, please explain:

         _____

         _____

         _____

17.     Have you, a family member, or a close friend had any experiences with the Suffolk County District Attorney's Office that might make it difficult for you to be a fair and impartial juror in this case?

         Yes             No

         If yes, please explain:

         _____

         _____

         _____

18.     Do you have any opinions about prosecutors or defense attorneys that might affect your ability to be a fair and impartial juror in this case?

         Yes             No

         If yes, please explain:

         _____

         _____

         _____

19.     Do you have any opinions about the United States Attorney's Office for the Eastern District of New York, the Department of Justice and/or the Federal Bureau of Investigation that might affect your ability to be a fair and impartial juror in this case?

    Yes          No

If yes, please explain:

_____

_____

_____

20.     Do you have any opinion about the criminal justice system generally or the federal criminal justice system specifically that might affect your ability to be a fair and impartial juror in this case?

    Yes          No

If yes, please explain:

_____

_____

_____

21.     Have you, a family member, or a close friend had any experiences with the Suffolk County Police Department that might affect your ability to be a fair and impartial juror in this case?

    Yes          No

If yes, please explain:

_____

_____

_____

22.     Please indicate any prior service as a juror: [Check all that apply.]

        Juror in criminal case in federal or state court

        Juror in civil case in federal or state court

Member of a grand jury in federal or state court

None

If you served as a juror on a criminal or civil case, was the jury able to reach a verdict?  (Do not state what the verdict was, only whether you were able to reach a verdict.)

Yes            No

23.    Have you, a family member, or a close friend ever been a victim of or witness to a crime?

Yes            No

If yes, is there anything about this experience that might affect your ability to be a fair and impartial juror in this case?  Please explain:

_____

_____

_____

24.    Have you, a family member, or a close friend ever been a subject, target or defendant in a criminal investigation or prosecution?

Yes            No

If yes, is there anything about this experience that might affect your ability to be a fair and impartial juror in this case?  Please explain:

_____

_____

_____

25.    Have you, a family member, or a close friend ever testified as a witness in a deposition, any sort of trial, or in the grand jury?

Yes            No

If yes, please explain:

_____

_____

26.     Have you or anyone close to you ever worked in law enforcement, or have you ever applied to work in law enforcement (e.g., agent, police officer, detective, sheriff, etc.)?

     Yes          No

If yes, please describe what you/they do/did:

_____

_____

27.     Have you or anyone close to you ever served as an official or employee of the U.S. Department of Justice, any of its components, such as the U.S. Attorney's Office, or any other U.S. government agency?

     Yes          No

If yes, please describe what you/they do/did:

_____

_____

28.     Have you or anyone close to you ever worked as part of the criminal justice system, (e.g. judge, court personnel, prosecutor, probation officer, correction officer, etc.)?

     Yes          No

If yes, please describe what you/they do/did:

_____

_____

29.     Have you or anyone close to you ever worked in criminal defense (e.g., attorney, paralegal, investigator, etc.)?

     Yes          No

If yes, please describe what you/they do/did:

_____

_____

30.     Some of the witnesses in this case may be federal agents or other law enforcement officials.  Is there anything that would prevent you from evaluating the testimony of a law enforcement officer fairly and impartially in accordance with the Judge's instructions?

        Yes    No

        If yes, please explain:

        _____

        _____

        _____

31.     Some of the witnesses in this case may be individuals who were involved in crimes themselves, including the offenses charged against the defendants.  Some of these witnesses, who may be referred to during trial as cooperating witnesses, may have pleaded guilty to crimes and may be testifying pursuant to agreements with the government in hopes that their own sentences will be reduced.  Some of these witnesses also agreed to cooperate with the government in exchange for not being charged, or who were granted immunity and ordered to testify.  Use of these types of witnesses is permitted under the law.

        Do you have any feelings about the use of such witnesses that might interfere with your ability to be a fair and impartial juror in this case?

        Yes    No

        If yes, please explain:

        _____

        _____

        _____

32.     Please describe any political activities in which you or your immediate family members have engaged, such as fundraising activities, campaign work, voter outreach, or attendance at political events, rallies or meetings.  Please include in your description the name of the official or candidate supported through such activities.

        _____

        _____

        _____

33.  Have you or anyone close to you ever made a contribution to, attended a rally or event for, volunteered, advocated, or worked for any of Thomas Spota's campaigns for elected office (Suffolk County District Attorney)?

　　　Yes　　　　No

If yes, please explain (which campaigns, what support, etc.):

_____

_____

_____

34.  Have you or anyone close to you ever made a contribution to, attended a rally or event for, volunteered, advocated, or worked for any Thomas Spota's opponents in his campaigns for elected office (Suffolk County District Attorney)?

　　　Yes　　　　No

If yes, please explain (which campaigns, what support, etc.):

_____

_____

_____

35.  Have you or anyone close to you ever requested assistance from anyone in the office of Thomas Spota, including from Christopher McPartland?

　　　Yes　　　　No

If yes, please describe your experience: _____

_____

36.  Do you feel that Thomas Spota is personally responsible for any decisions or policies that have affected you or anyone you are close to adversely or positively?

　　　Yes　　　　No

If yes, please explain: _____

_____

_____

37.    Do you feel that Christopher McPartland is personally responsible for any decisions or policies that have affected you or anyone you are close to adversely or positively?

      Yes          No

      If yes, please explain: _____

_____

_____

38.    Have you, or anyone close to you, ever been employed by Suffolk County?

      Yes          No

      If yes, please explain (relation to you, position with County, etc.): _____

_____

_____

39.    Do you have any personal knowledge of the facts in this case?

      Yes          No

      If yes, please explain: _____

_____

_____

40.    Have you, a family member, or a close friend, ever abused alcohol and/or received treatment for alcohol abuse?

      Yes          No

41.    Do you have any religious or ethical beliefs that would prevent you from passing judgment on another person?

      Yes          No

      If yes, please explain:

_____

_____

Extra space for your answers to any of the questions.  Please indicate question number:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____