# Exhibit D

# (Request to be filed under seal)

**[REDACTED]**