**Instructions**

The purpose of this questionnaire is for you to provide information to the Court and to the attorneys in this case – both the prosecutors and the defense attorneys – so that they can determine whether you can be a fair and impartial juror in this case. You are answering these questions under oath and you must give true, candid and complete answers to every question. This is a criminal case, entitled <u>United States of America versus Christopher McPartland and Thomas J. Spota</u>. The case is brought by the filing of an Indictment, which is an accusation only. It is not evidence of any wrongdoing. In this case, the Indictment generally charges that the defendants, who were officials in the Suffolk County District Attorney's Office during the relevant time period, engaged in acts of obstruction of justice and witness tampering, and were involved in a crime after-the-fact, in connection with federal investigations into whether the Chief of Department of the Suffolk County Police Department, James Burke, and other police officers, had violated the civil rights of a defendant in a state criminal case. Each defendant in this case has pleaded not guilty, and is presumed innocent of the charges. That presumption of innocence remains with them throughout the trial, until such time, if ever, you unanimously determine that the government has proven their guilt beyond a reasonable doubt.