BEFORE: JOAN M. AZRACK                                    DATE: 10/2/2019
UNITED STATES DISTRICT JUDGE                              TIME: 10:30 AM (1 hr)

## CRIMINAL CAUSE FOR MOTION HEARING AND STATUS CONFERENCE

**DOCKET NO. 17-CR-587 (JMA)**

**FILED**
**CLERK**

10/2/2019 12:14 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Christopher McPartland**          **DEF. #: 1**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Larry Kranz**
☐ Federal Defender   ☒ CJA   ☐ Retained

**DEFENDANT: Thomas Spota**          **DEF. #: 2**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Owen Wicker            COURTROOM DEPUTY: LMP

☒ Case Called.        ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐ Waiver of speedy trial executed; time excluded from through .
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
   ☐ Detention hearing scheduled for .
☐ Bail hearing held. Disposition:
☒ A telephone conference is scheduled for 10/16/2019 at 12:30 PM. Parties to dial into the AT&T conference center at 1-877-873-8017 and enter access code 4785432 at the time of the conference.

Defendant   ☐ Released on Bond   ☐ Remains in Custody.

OTHER: Motion [90] denied. Motion [94] resolved as set forth on the record. Government to provide witness and exhibit list by 10/18/2019.