# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Erin Monju

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1172
emonju@cov.com

**BY ECF – TO BE FILED UNDER SEAL**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *United States v. Christopher McPartland, et al.*, 17-cr-0587 (JMA)

Dear Judge Azrack:

I represent defendant Thomas Spota in the above-referenced matter. Pursuant to the Court's direction today, please find attached a draft order concerning the production of materials in response to the subpoenas dated September 25, 2019 and October 2, 2019.

Respectfully submitted,

Erin Monju

Enc.

cc: Government Counsel (by e-mail)