UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>CHRISTOPHER MCPARTLAND and<br>THOMAS J. SPOTA,<br><br>                    Defendants. | No. 2:17-cr-0587 (JMA) |

## [PROPOSED] ORDER - TO BE FILED UNDER SEAL

For the reasons set forth on the record in open court on October 2, 2019, KLDiscovery, being in physical possession of the data described herein, is hereby ordered to produce all documents responsive to the subpoenas, dated September 25, 2019 and October 2, 2019, seeking the electronic files of the custodians James Hickey (for the time period beginning December 14, 2012 up through and including January 31, 2016) and Kenneth Bombace (for the time period beginning December 14, 2012 up through and including December 31, 2015), to defense counsel no later than October 31, 2019.

**SO ORDERED.**

Dated: October 2, 2019
       Central Islip, New York

_____
THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE