GOVERNMENT EXHIBIT
3500-JH-34
17 CR 587 (JMA)

9:20
11:30

CROWLEY

PHOTOS —                    EMERALD SOC — CM/TS

EMAILS — w/ JB — TS — MCP    or anyone?
TEXT — w/ JB — Women — carrying on                    PHONE RCD

CROWLEY = 11/15 — Birthday Party (JH's) (Bros)        RICH FRANKEL
                                                       VIN DIMARCO — item relationship
                                                       STU CAMERON — Revision city
                                                       MARK WHITE
                                                       RICH DORMER

KEANON → ALS                                            11/05
                          Phone prev                    INTEL off Spielle @
                                                        got TI DAVE

TS — Calls                                                              (115)
                                                                        Key code to DA's
                                                                        office

LAB      "carry guy"                                    HOT at Hotville
         JB — you can do pints the game
         Get off nights — I'll keep myself              * MIKE SHADLE
                                 11/05
         1st Detail — "Countdown to Israel"
         Hostel JBS TS Roa                              The "TRINITY"

                                                        Burk Caldwell ~ LL
Hosp-2013                                               pa BATCHELT
Drunk done cond 8/13
         No S/W TS              MONTEPESCO
         only pair              '06
         mgr 1X                 TRIM                    LAW
                                                        SUMMERS — TICKET   of BM?
MCP — Knew kids                                         LACKEY
KERI
2AD1 — Sunday                                           Colm — no delivery
CALL — PRESENTS 2008 — worked w/ Salon
         Bushy Massage Parlor
Cindy Marsh — ST. PATS years prev
         Bush Iwww

GOVERNMENT EXHIBIT
3500-JH-33
17 CR 587 (JMA)

Ref: moi: Hickey 041718

# MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE | : | 2014R01885 |
| PERSON INTERVIEWED | : | James Hickey |
| PLACE OF INTERVIEW | : | United States Attorney's Office<br>Central Islip NY, 11722 |
| DATE OF INTERVIEW | : | April 17, 2018 |
| TIME OF INTERVIEW | : | 9:30am – 11:40am |
| INTERVIEWED BY | : | AUSA John Durham<br>Investigator W J Hessle |

James Hickey (Hickey) was interviewed concerning the Christopher McPartland (McPartland) and Thomas Spota (Spota) investigation. Hickey advised the following:

He utilized the Suffolk County Police Department (SCPD) email system infrequently and could not recall if he had sent or received any emails from either McPartland or Spota. Hickey recalled speaking telephonically with Spota on one occasion providing Spota with parking information.

In November 2005 while assigned to a midnight tour as a Lieutenant, he was told by Burke that he (Hickey) needed to get off the night shift, "get into the game" and become a career guy. Following his move to the day tour, one of his first details was at an affair hosted by Spota and Burke concerning counterterrorism and Israel. It was held at a hotel near the Long Island Expressway.

Hickey named Stu Cameron, Mark White, who is a function guy, Jimmy Murphy, Rich Frankel, Richard Dormer and Vin DeMarco as individuals who were aware of Hickey's close relationship with McPartland, Spota and Burke. Hickey referred to Burke, Spota and McPartland as "The Trinity."

Mike Shalley (Shalley), the owner of Butterfield's, wrote a letter to Judge Wexler on Burke's behalf prior to Burke's sentencing. Shalley, a retired police officer, is very much aware of the Hickey, Burke, Spota and McPartland relationship, having served them drinks on many occasions.

The SCPD Intelligence Unit has maintained an office at the Suffolk District Attorney's Office (SCDAO) since November, 2005. The key code for entry to the building is 1151.

2

Hickey recalled that on a number of occasions at the SCDAO, while he was in or exiting the bathroom, Spota asked him "how are the men were doing" and/or "if they were keeping tight."

Mike Crowley (Crowley), his former partner, is head of the SCPD Emerald Society. Crowley may have or should know how to obtain photographs that were taken at Emerald Society events. Hickey did not tell Crowley anything about the Loeb investigation. Crowley attended Hickey's brother's birthday party in November 2015.

Hickey described John Sumwalt as a lackey who is tight with Bill Madigan.

Hickey had no dealings with Dennis Cohen, Kevin Law or Bill Keahon.

On June 4, 2015 Burke called Brian Mitchell from Spota's office utilizing a landline.

Hickey surrendered his SCPD cell phone to the undersigned for examination.


W.J. Hessle
Investigator, USAO, EDNY

2