GOVERNMENT EXHIBIT
3500-JH-37
17 CR 587 (JMA)

9/23/19 - BD 11:15 JG MM LG BH JH P/R - 10/15 10/30 JH w/ all called > Thurs 4:30

MARK WHITE & 5TH

10/22/15 — admitted
0126 — Time
10/22/15 10/26/15

How they can document

DA's Consent of a Bullying under LEVI

TS & MCP & JB → SB said — & Tell of Bullying Law
ZABO — Homo Relationship - had a gay lover
Threatened to expose - Tatis early - ZABO crumbled on LEVI

TS office
PETE → Coddled by TS Couldn't Be

"Thank he said Pete"

BM s/w JB - on LANDLINE ✓

Couldn't Be
Call PM - run how the case went
PM had the case -
Jtwo? dummy Media.
JB says for TS Campaign

Told & called Pete not Loosey (TS)

John O'Sullivan - JB knew JH - Call JO - gotten
fucked over by Dignan & McEvilly. Down to
close on the deal - going to take action.
JH - told JO - they're there to help from Dignan
100% - wants them to go - Tal for number gotta go
BM 4/6 TF - out of control - going to get some relief - Something happened on 11
2x. BM & JB to TS & MCP

JB only
Not McPartland

TS - retired - don't mess w/ Tom
- wait for the golden car

RB declined JB prior to a police Commission being named



GOVERNMENT
EXHIBIT
3500-JH-36
17 CR 587 (JMA)

Ref: moi: Hickey092319

MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE | 2018R00279 |
| PERSON INTERVIEWED | James Hickey |
| PLACE OF INTERVIEW | United States Attorney's Office<br>Central Islip NY, 11722 |
| DATE OF INTERVIEW | September 23, 2019 |
| TIME OF INTERVIEW | 11:15am - 2:15pm |
| INTERVIEWED BY | AUSA Lara Gatz, AUSA Nicole Boeckmann,<br>AUSA Justina Geraci, AUSA Michael Maffei<br>Investigator W J Hessle |

---

James Hickey (Hickey) was interviewed concerning the Christopher McPartland (McPartland) and Thomas Spota (Spota) investigation. Hickey advised the following:

Hickey recalled an occasion when he was present at Butterfield's Restaurant in Hauppauge, accompanied by Suffolk District Attorney Thomas Spota (Spota), Assistant District Attorney (ADA) Christopher McPartland (McPartland) and Suffolk Police Chief of Department James Burke (Burke). At that meeting Spota, McPartland and Burke spoke of "killing" and discrediting then Suffolk County Executive Steve Levi (Levi). They also spoke of Jeff Zabo, who at the time, was a Deputy Suffolk County Executive in the Levi administration, and had a gay lover. McPartland later threatened Zabo with exposure of his (Zabo's) gay relationship. Zabo "crumbled" and cooperated in the Levi investigation.

On June 4, 2015 in Spota's office, Spota stated that a federal investigation into Burke and the Loeb beating could not possibly exist as the Suffolk County District Attorney's Office had gotten the Loeb case back. Spota then told, whom Hickey believed was McPartland, to call, whom Hickey believed was ADA "Pete" (Mayer), who at the time was the Chief of the Major Crimes Bureau. At the same time, Burke was speaking with Brian Mitchell on a landline.

During the 2001 election, Burke campaigned for Spota and posted Spota campaign signs.

At Burke's direction Hickey called John O'Sullivan (O'Sullivan) and informed him that he had gotten fucked over by Gerry Gigante and John Meehan when he was recently

passed over for a promotion. This was due to a "class on the clock" issue. Burke also told Hickey to tell O'Sullivan that there was still hope for him.

In response to an incident that occurred on Route 111, Hickey recalled Suffolk Chief of Detectives Bill Madigan (Madigan) stating that the Long Island Gang Task Force (LIGTF) was out of control, those guys were going to get someone killed and that it 100% needed to be disbanded. Madigan expressed this concern to Burke, who expressed the concern to Spota and McPartland.

Spota stated to not mess with Trotta, as he will examine the trash that you throw away.

County Executive Steve Bellone declared Burke the Suffolk Police Department Chief of Department prior to a police commissioner being named.

On September 10, 2019, Hickey advised that the dates of his hospitalization were from October 22, 2015 to October 26, 2015, as reflected on the handwritten notes at the top of page one. There were no other notes taken at the time.


W.J. Hessle
Investigator, USAO, EDNY