BEFORE:  JOAN M. AZRACK                           DATE: 11/5/2019
UNITED STATES DISTRICT JUDGE                      TIME: 10:00 AM (6.5 hrs)

## CRIMINAL CAUSE FOR DAUBERT HEARING AND MOTION ARGUMENT

**DOCKET NO. 17-CR-587 (JMA)**

**DEFENDANT: Christopher McPartland**                    **DEF. #: 1**
☐ Present    ☒ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Larry Kranz, Bradley Gershel, Lisa Cahill**
☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT: Thomas Spota**                              **DEF. #: 2**
☐ Present    ☒ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju**
☐ Federal Defender    ☐ CJA    ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER:  Fred Guerino           COURTROOM DEPUTY: LMP

☒   Case Called.            ☒   Counsel present for all sides.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐   Waiver of speedy trial executed; time excluded from through .
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
        ☐ Detention hearing scheduled for .
☐   Bail hearing held.  Disposition:
☐   A further conference is scheduled for

Defendant    ☐   Released on Bond    ☐   Remains in Custody.

OTHER: Jury panel sworn and questionnaires distributed. Daubert hearing held.  Witness sworn and evidence entered.  Motions argued.  Decision reserved.  Transcript sealed.