**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

November 10, 2019

**BY ECF AND EMAIL**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *United States v. Christopher McPartland, et al.*, 17-cr-0587 (JMA)

Dear Judge Azrack:

We submit this letter on behalf of defendant Thomas Spota and in response to the Court's order, dated November 9, 2019, directing the defendants to identify what personal information they intend to mention during opening statements. We advise the Court that we intend to refer to Mr. Spota's age, and marital and familial status in opening statements.

Respectfully submitted,

Alan Vinegrad
*Alan Vinegrad/SKL*

cc (by e-mail): all counsel of record