STATE OF NEW YORK
COUNTY OF SUFFOLK

In the Matter of the
Disciplinary Action of the

SUFFOLK COUNTY POLICE DEPARTMENT                STIPULATION & AGREEMENT
                                                (IAB FILE NO. 93-152)

-v-

JAMES BURKE

Sergeant #538

---

The purpose of this Stipulation and Agreement between the parties, the Suffolk County Police Department (hereinafter "SCPD" and acting through its Deputy Commissioner, Robert V. Kearon) and Sergeant James Burke (hereinafter "Sgt. Burke"), is to dispose of a disciplinary matter pending against Sgt. Burke and impose an appropriate penalty. Accordingly, the parties do stipulate and agree to the following:

(1) Sgt. Burke pleads guilty to Conduct Unbecoming an Officer as detailed in IAB File No. 93-152;

(2) As a consequence for such misconduct, Sgt. Burke shall forfeit 15 days of accrued leave time (excluding sick);

(3) Lastly, the parties agree that this Stipulation and Agreement represents their complete understanding and may not be orally changed or amended. Sgt Burke specifically acknowledges that he consulted with his attorney, Thomas J. Spota, Esq., prior to executing this document and is voluntarily submitting to its terms.

2-13-95
Date of Execution

*James C Burke Sgt 538*
Sgt. James Burke

2-13-95
Date of Execution

*Robert V. Kearon*
Robert V. Kearon for SCPD