COUNTY OF SUFFOLK



ROBERT J. GAFFNEY
COUNTY EXECUTIVE

POLICE DEPARTMENT

PETER F. COSGROVE
POLICE COMMISSIONER

February 12, 1995

Thomas J. Spota, Esq.
Spota, O'Rourke & Ammerman
235 Brooksite Dr.
Hauppauge NY  11788-2520

RE: INTERNAL AFFAIRS BUREAU FILE #93-152
    Sgt. James C. Burke, Shield #538

Dear Mr. Spota:

Pursuant to our recent conversation, enclosed please find one original and one duplicate copy of Stipulation & Agreement reference the above-named officer.

Please execute one original and return to my office as soon as possible.

Sincerely,

Robert V. Kearon
Deputy Police Commissioner
Suffolk County Police Department

RVK/bw
Encl.

GOVERNMENT EXHIBIT
915a
17 CR 587 (JMA)