GOVERNMENT EXHIBIT
**915b**
17 CR 587 (JMA)

93-152

LAW OFFICES
**SPOTA, O'ROURKE & AMMERMAN**
235 BROOKSITE DRIVE
HAUPPAUGE, NEW YORK 11788-2520

(516) 361-3400
FAX (516) 361-7324

THOMAS J. SPOTA
JAMES J. O'ROURKE
JOHN AMMERMAN

THOMAS H. SPREER

OF COUNSEL
ALBERT J. FIORELLA

NASSAU OFFICES
1565 FRANKLIN AVENUE
MINEOLA, NEW YORK 11501

February 14, 1995

Robert V. Kearon
Deputy Police Commissioner
Suffolk County Police Department
30 Yaphank Avenue
Yaphank, N.Y. 11790

  Re:   INTERNAL AFFAIRS BUREAU FILE #93-152
     Sgt. James C. Burke, Shield #538

Dear Bob:

  As you requested, enclosed is the original of the Stipulation Agreement executed by Sergeant Burke.

  Thank you for your courtesy and cooperation.

          Very truly yours,

          SPOTA, O'ROURKE & AMMERMAN

          THOMAS J. SPOTA

TJS:jh
Enc.