
GOVERNMENT
EXHIBIT
906
17 CR 587 (JMA)

This is an anonymous letter regarding a member of the Suffolk County Police Department; Inspector James Burke (Burke). It is composed by several long time members of the Dept. for the purpose of advising the incoming County Executive and his Transition Team of the character and history of this person. We are all enthusiastic supporters of Steve Bellone and have worked on his election campaign. We believe that he will be an outstanding Executive. We are trying to prevent him and his administration from scandal and embarrassment. The morale of the Department is at an all-time low and we are trying to prevent that circumstance from continuing or even getting worse. It is an anonymous letter because the writers fear for their jobs and livelihood should Burke discover their identities. Burke is currently an Inspector in charge of the SCPD Organized Crime Bureau (SC DA's Office and the SCPD Intelligence Section). He is also holds the title of Chief Investigator for the DA's Office, which has always been someone from outside the PD. Burke is probably the best public speaker, most prolific spinner of facts and the most powerful person in the SCPD. He is charming and is a master at winning people over and gaining their trust. He can and has had very high powered people do his bidding all the while believing that Burke's intentions are true. This is not usually case.

DA Spota is a fine and upstanding man and he is beyond reproach. He absolutely trusts Burke and treats him as a son and he believes is the best investigator he has ever seen. Burke has taken full advantage of this relationship and trust, he often cites "The DA says..." or "The DA wants..." It has been shown on numerous occasions that the DA has no knowledge of what he said or wanted but the DA never questions the intentions of Burke. His relationship to Burke goes back decades. Burke was a witness in the brutal murder of John Pius, the teenage boy who was killed over the theft of a mini bike in the 70s. Burke gave testimony as a friend of the murderers and 4 boys were convicted. Spota believed that Burke stepped up and helped the case. No one can ever speak ill of Burke to Spota, it is strong bond.

The following are a few specific incidents that Burke was involved in that demonstrate his character and morals. Had any other POs been involved in these types of incidents, they would be fired or jailed. These have been personally witnessed by the writers or by first hand witnesses, these are not speculation, rumors or tall tales, they are facts.

-When Burke was a sergeant in the 1st Precinct, he was known to frequent prostitutes and on one of these occasions the prostitute stole his service firearm. In an effort to retrieve the weapon, he committed at least one armed home invasion. He was subsequently transferred out of the 1st Precinct as a result of that case.

-Burke was friends with another Suffolk PO (Foley) who was on injury leave. There was a party they threw and there was apparently rampant drug use at this party and a PO called the Internal Affairs Bureau. Foley was involved in steroid and drug use. One of the results of this information was an IA wiretap investigation in which the Suffolk PO and several NYC POs were charged with the sale of drugs. As per a high level Union representative who stated that the PD was trying to fire the POs who attended the party but did nothing to Burke and his close friends who were at the same party.

- PO Foley assaulted a person at a bar in Hauppauge and a criminal complaint was lodged. A close friend of Burke, Det. Tricamo gave an alibi statement clearing Foley. IA investigated and using cell site records and other means determined that Tricamo lied and gave a false statement. IA was going to arrest Tricamo, but the entire case was closed with no action as a result of Burke's interaction.

-During the fall of 2004 County Executive Steve Levy was elected and the DA's Office was involved in a wiretap investigation of Wayne Prospect and Steve Baranello. Burke was the supervisor in the DA's Office in charge of the case. Steve Levy was on the wiretap almost daily and he had made disparaging remarks against minorities. Once Levy was elected and the new commissioner was named Levy's phone calls immediately stopped. It was obvious to the case

investigators that Levy was tipped off to the case. At the time there was bragging that Burke "owned Levy" and the contents of the phone calls were never disclosed

-Burke could now direct the Police Commissioner, through Levy, to get anything he wanted, including manpower, transfers and the quashing of IA cases and he did so regularly since. He had the Chief of IA retire by a threat of demotion and the 2nd in Command was actually demoted and transferred. They supervised the Foley drug and assault case, and Burke wanted them silenced.

-He directed the Pete McGowan case McGowan gave up his campaign fund ($1.5 million dollars) and he received a few weeks in Jail. The DA's office kept over $1 million of the fund for themselves. They plan on doing the same with the Steve Levy campaign fund.

-One month before Steve Levy turned over his $4 Mil campaign fund and agreed not to run for re-election, he suspiciously promoted Burke's 2nd in Command (Madigan) 2 ranks from D/Lieutenant to Deputy Inspector. Levy only requested Madigan's promotion but he was told that it might look bad so he promoted 2 additional Lieutenants to Captain (Not D/I). Is this why Levy was never arrested like McGowan was?

-Former Chief of Detectives Rau was caught up in a power struggle with Burke. He was forced to retire under threat of prosecution involving a SCPD PO who was caught stealing from the property bureau.

-He recently was caught up in some type of prostitution sting in NYC, and they called the DA's Squad to verify his information. Burke threatened everyone who was there that he would ruin them if they ever mentioned the incident.

-He routinely threatens subordinates with forced transfers, and tells them he is untouchable and that they have no protection and that he will ruin their career forever. He has succeeded on numerous occasions.

These are firsthand accounts and mere highlights the way of Burke operates. We could fill dozens of pages with incidents that would be criminal, devious or immoral. You can ask any member of the SCPD (In confidence) who knows him over the years and they will all confirm his character.

You can Google his name and find hundreds message board posts and blogs detailing the many discretions of Burke but we have not cited any of them here because most could not be verified by the writers. That doesn't mean these posting are false, there is probably some truth in each one.

It is only because of the protection of Tom Spota that this man has not been arrested or fired. Burke is already boasting that in January that he is going to be making big changes. If he gets into a position of power, (Commissioner, Chief Etc.) he will decimate the Department. We are advising you of this because we are all dedicated hard working members of the SCPD and we do not want to Steve Bellone to be embarrassed or caught up in a scandal over the dealings of this person.


Thank You

CC: Newsday, LI Press (If Necessary)