UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,        **ORDER OF TRANSPORTATION**

                                                   17-cr-587 (JMA)

       -against-

CHRISTOPHER MCPARTLAND and
THOMAS SPOTA,

                        Defendants.
-------------------------------------------------------------X

**AZRACK, District Judge:**

      It is hereby ORDERED that the Clerk of the Court supply transportation to one (1) juror empaneled in the above action commencing on November 12, 2019 and through the duration of trial.

Dated: Central Islip, New York         SO ORDERED:
       November 12, 2019

                                                 /s/ Joan M. Azrack
                                               JOAN M. AZRACK
                                               United States District Judge