BEFORE: JOAN M. AZRACK  DATE: 11/14/2019
UNITED STATES DISTRICT JUDGE  TIME: 9:15 AM (6.5 hrs)

# CRIMINAL CAUSE FOR JURY SELECTION

**DOCKET NO. 17-CR-587 (JMA)**

**FILED
CLERK**
11/14/2019 4:38 pm
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Christopher McPartland**      **DEF. #: 1**
☒ Present ☐ Not present ☐ Custody ☒ Bail
**DEFENSE COUNSEL: Larry Kranz, Lisa Cahill, Bradley Gershel**
☐ Federal Defender ☒ CJA ☐ Retained

**DEFENDANT: Thomas Spota**      **DEF. #: 2**
☒ Present ☐ Not present ☐ Custody ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**
☐ Federal Defender ☐ CJA ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi, Owen Wicker, Marie Foley      COURTROOM DEPUTY: LMP

☒ Case called      ☒ Counsel for all sides present

☐ Jury selection continues.      ☐ Voir dire held.

☐ Jury selected and is satisfactory to all sides.

☒ Jurors sworn and trial begins. Preliminary instructions given.

☒ Government opens. ☒ Defense opens.

☒ Jury trial begins. ☐ Jury trial resumes.

☒ Witnesses sworn. ☒ Exhibits entered into evidence.

☒ Trial continued to 11/18/2019 at 9:15 AM.

☐ Government rests. ☐ Defense rests.

☐ Government summation. ☐ Defense summation. ☐ Government rebuttal.

☐ Jury charged, alternates excused and deliberations begin.

☐ **Guilty verdict** on count(s) ___.

☐ **Not Guilty verdict** on count(s) ___.

☐ Jurors polled and excused with the thanks of the Court.

Defendants ☐ Remains in Custody; ☒ Continued on Bond.

OTHER: .