BEFORE: JOAN M. AZRACK  DATE: 11/18/2019
UNITED STATES DISTRICT JUDGE  TIME: 9:15 AM (3.5 hrs)

# CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET NO. 17-CR-587 (JMA)**

**FILED
CLERK**

11/18/2019 2:34 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Christopher McPartland**  **DEF. #: 1**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Larry Kranz, Lisa Cahill, Bradley Gershel**
☐ Federal Defender   ☒ CJA   ☐ Retained

**DEFENDANT: Thomas Spota**  **DEF. #: 2**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Marie Ann Steiger, Paul Lombardi, Owen Wicker   COURTROOM DEPUTY: LMP

☒ Case called            ☒ Counsel for all sides present

☐ Jury selection continues.   ☐ Voir dire held.

☐ Jury selected and is satisfactory to all sides.

☐ Jurors sworn and trial begins. Preliminary instructions given.

☐ Government opens.   ☒ Defense opens.

☐ Jury trial begins.   ☒ Jury trial resumes.

☒ Witnesses sworn.   ☒ Exhibits entered into evidence.

☒ Trial continued to 11/19/2019 at 9:15 AM.

☐ Government rests.   ☐ Defense rests.

☐ Government summation.   ☐ Defense summation.   ☐ Government rebuttal.

☐ Jury charged, alternates excused and deliberations begin.

☐ **Guilty verdict** on count(s) ___.

☐ **Not Guilty verdict** on count(s) ___.

☐ Jurors polled and excused with the thanks of the Court.

Defendants   ☐ Remains in Custody;   ☒ Continued on Bond.

OTHER: _.