BEFORE: JOAN M. AZRACK  DATE: 12/11/2019
UNITED STATES DISTRICT JUDGE  TIME: 9:30 AM (6.5 hrs)

# CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET NO. 17-CR-587 (JMA)**

**DEFENDANT: Christopher McPartland**  **DEF. #: 1**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Larry Kranz, Lisa Cahill, Bradley Gershel**
☐ Federal Defender  ☒ CJA  ☐ Retained
**DEFENDANT: Thomas Spota**  **DEF. #: 2**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Alan Vinegrad, Erin Monju, Sarah LeMaster**
☐ Federal Defender  ☐ CJA  ☒ Retained

**AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei**

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger, Paul Lombardi, Owen Wicker    COURTROOM DEPUTY: LMP

☒ Case called ☒ Counsel for all sides present
☐ Jury selection continues. ☐ Voir dire held.
☐ Jury selected and is satisfactory to all sides.
☐ Jurors sworn and trial begins. Preliminary instructions given.
☐ Government opens. ☐ Defense opens.
☐ Jury trial begins. ☒ Jury trial resumes.
☐ Witnesses sworn. ☐ Exhibits entered into evidence.
☐ Government rests. ☐ Defense rests.
☒ Government summation. ☒ Defense summation. ☐ Government rebuttal.
☒ Trial continued to 12/12/2019 at 9:30 AM.
☐ Jury charged, alternates excused and deliberations begin.
☐ **Guilty verdict** on count(s) ___.
☐ **Not Guilty verdict** on count(s) ___.
☐ Jurors polled and excused with the thanks of the Court.

Defendants ☐ Remains in Custody; ☒ Continued on Bond.

OTHER: Motion to dismiss Count 3 is denied.