**Robert Terranova**

| | | |
|---|---|---|
| **From:** | Garcia-Roberts, Gus <GGarciaRob@usatoday.com> | **FILED** |
| **Sent:** | Friday, January 10, 2020 5:41 PM | **CLERK** |
| **To:** | NYED_Azrack Chambers | 2/26/2020 11:33 am |
| **Subject:** | Request to unseal | |

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Judge Azrack,

I write to ask that you please consider unsealing all of the sealed filings in USA vs. McPartland et al. As you are well aware, the case involves the conduct of numerous public officials and other matters of intense public interest.

Sincerely,

Gus Garcia-Roberts
Reporter
USA TODAY
213.246.8124

1