**Robert Terranova**

| | | |
|---|---|---|
| **From:** | Garcia-Roberts, Gus <GGarciaRob@usatoday.com> | **FILED** |
| **Sent:** | Friday, January 24, 2020 4:55 PM | **CLERK** |
| **To:** | NYED_Azrack Chambers | |
| **Subject:** | RE: Request to unseal | 2/26/2020 11:35 am |

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Hello,

I'd like to follow-up on this email to confirm that this request was received, and ascertain when/whether there will be a decision RE: the unsealing of filings.

Best,

Gus
213.246.8124

**From:** Garcia-Roberts, Gus
**Sent:** Friday, January 10, 2020 2:41 PM
**To:** Azrack_chambers@nyed.uscourts.gov
**Subject:** Request to unseal

Judge Azrack,

I write to ask that you please consider unsealing all of the sealed filings in USA vs. McPartland et al. As you are well aware, the case involves the conduct of numerous public officials and other matters of intense public interest.

Sincerely,

Gus Garcia-Roberts
Reporter
USA TODAY
213.246.8124

1