**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

By ECF                                                                                           May 4, 2020

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

        Re:    U.S. v. Christopher McPartland and Thomas J. Spota
              17-cr-0587 (JMA)

Dear Judge Azrack:

      I represent the defendant Thomas J. Spota in the above-referenced matter.

      This letter will confirm that Mr. Spota joins in the reply memorandum in further support of Mr. McPartland's motion for a new trial pursuant to Fed. R. Crim. P. 33 and for an evidentiary hearing (ECF No. 219).

                                                     Respectfully submitted,

                                                     /s/  *Alan Vinegrad*

                                                     Alan Vinegrad

cc (by ECF):  All counsel of record