Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

__Eastern__ District of __New York__

Caption:

United States of America v.

Christopher McPartland et al.

Docket No.: 17-cr-587 (JMA)

Hon. Joan Azrack
(District Court Judge)

Notice is hereby given that __Thomas Spota__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other [ ] _____ (specify) entered in this action on __8/10/2021__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✔   Other [ ]

Defendant found guilty by plea ✔ | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes ✔  No [ ]  N/A [ ]

Date of sentence: __8/10/2021__   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed ✔   N/A [ ]

Appellant is represented by counsel? Yes ✔ | No [ ]   If yes, provide the following information:

Defendant's Counsel: Alan Vinegrad

Counsel's Address: Covington & Burling LLP

620 Eighth Avenue, New York, NY 10018

Counsel's Phone: (212) 841-1022

Assistant U.S. Attorney: Nicole Boeckmann

AUSA's Address: U.S. Attorney's Office, 610 Federal Plaza

Central Islip, NY 11722

AUSA's Phone: (631) 715-7900

*A Vinegrad / EKM*
Signature